UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

### INDICTMENT FOR SEXUAL EXPLOITATION AND POSSESSION OF CHILD PORNOGRAPHY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 10- 102-JJB-DLD |
| *versus* | : | |
| | : | 18 U.S.C. § 2251(a) |
| PAUL W. MILLER | : | 18 U.S.C. § 2252(a)(4)(B) |

**THE GRAND JURY CHARGES:**

### COUNT ONE

Sometime between on or about October 26, 2007, and on or about May 7, 2008, the exact date being unknown to this Grand Jury, in the Middle District of Louisiana, **PAUL W. MILLER**, defendant herein, did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen, to wit Jane Doe A, a minor female, to engage in, with the intent that such minor engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 2251(a).



## COUNT TWO

Sometime between on or about October 26, 2007, and on or about May 7, 2008, the exact date being unknown to this Grand Jury, in the Middle District of Louisiana, **PAUL W. MILLER**, defendant herein, did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen, to wit Jane Doe B, a minor female, to engage in, with the intent that such minor engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

Between on or about October 26, 2007, and on or about May 7, 2008, in the Middle District of Louisiana, **PAUL W. MILLER**, defendant herein, knowingly possessed on a computer and on Kodak paper visual depictions of minors engaging in sexually explicit conduct, the producing of which involved the use of minors engaging in such conduct, and which were produced using materials which had been shipped and transported in interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 2252(a)(4)(B).


UNITED STATES OF AMERICA, by

_____
DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY

_____
ALECIA RIEWERTS WOLAK
TRIAL ATTORNEY
CHILD EXPLOITATION AND
OBSCENITY SECTION
U.S. DEPARTMENT OF JUSTICE

A TRUE BILL

_____
GRAND JURY FOREPERSON

July 7, 2010
DATE

# Criminal Cover Sheet                              U.S. District Court

**Place of Offense:**                              **Matter to be sealed:** ☒ No   ☐ Yes

City         Baton Rouge                           **Related Case Information:**

County/Parish East Baton Rouge                     Superseding Indictment _____   Docket Number _____
                                                   Same Defendant _____         New Defendant _____
                                                   Magistrate Case Number _____
                                                   Search Warrant Case No. _____
                                                   R 20/ R 40 from District of _____
                                                   **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name    Paul W. Miller

**U.S. Attorney Information:**

AUSA      Alecia Riewertz                          NY BAR # 4012241

**Interpreter:** ☒ No ☐ Yes    **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____   Already in Federal Custody as of    _____
_____   Already in State Custody
_____   On Pretrial Release

**U.S.C. Citations**

Total # of Counts:    3          ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1  18:2251(a)        | Sexual exploitation          | 1 & 2 |
| set 2  18:2252(a)(4)(B)  | Possession of child pornography | 3 |
| set 3                    |                              |       |
| set 4                    |                              |       |

(May be continued on second sheet)

Date: July 7, 2010         **Signature of AUSA:** _Alecia Riewertz Volok_

**District Court Case Number (To be filled in by deputy clerk):** _____