**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

FILED
U.S. DIST. COURT
MIDDLE DIST. OF L.

2010 JUL 21 PM 2:08

BY DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VERSUS | : CRIMINAL NO. 10-102-JJB-DLD |
| PAUL W. MILLER | : |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE HONORABLE DOCIA L. DALBY, THE UNITED STATES MAGISTRATE JUDGE FOR THE MIDDLE DISTRICT OF LOUISIANA:**

The petition of the United States of America, appearing herein through Alecia Riewerts Wolak, Assistant United States Attorney for the Middle District of Louisiana, respectfully shows to this Court:

That PAUL W. MILLER is now confined in Livingston Parish Prison, Livingston, Louisiana, and is in the custody of the Warden of said institution, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said PAUL W. MILLER is charged in the United States District Court for the Middle District of Louisiana with violations of 18 U.S.C. § 2251(a) and 18 U.S.C. § 2252(a)(4)(B), and it is necessary for the said PAUL W. MILLER to appear for a 5a Hearing in the United States District Court for the Middle District of Louisiana on the 29th day of July, 2010, at 2:00 p.m., before the Honorable Docia L. Dalby and for all subsequent proceedings in that Court relevant to the United States' prosecution of the defendant.

WHEREFORE, petitioner prays that this Honorable Court forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Warden of Livingston Parish Prison, Livingston, Louisiana, requiring him to surrender the body of the said PAUL W.



MILLER to the United States Marshal for the Middle District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by the United States Marshal in the United States District Court for the Middle District of Louisiana for the completion of federal charges pending in the case entitled "United States v. Paul W. Miller, 10-102-JJB-DLD."  At the completion of the federal charges, the defendant will be returned by the United States Marshal for the Middle District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or one of his authorized deputies, to the Warden of Livingston Parish Prison and there be surrendered to the Warden of said institution, or one of his authorized deputies.

Respectfully submitted,

UNITED STATES OF AMERICA, by

DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY


/s/ Alecia Riewerts Wolak
Alecia Riewerts Wolak, NY Bar # 4012241
Trial Attorney
1400 New York Avenue NW, Suite 600
Washington, DC 20530
Telephone: (202) 353-3749
E-mail: Alecia.Riewerts@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VERSUS | :    CRIMINAL NO. 10-102-JJB-DLD |
| PAUL W. MILLER | : |

**ORDER AND WRIT
OF HABEAS CORPUS AD PROSEQUENDUM**

    Let a writ of habeas corpus ad prosequendum be issued to the Warden of Livingston Parish Prison, Livingston, Louisiana, or one of his authorized deputies, ordering and directing said Warden of the said institution, or one of his authorized deputies, to surrender the body of PAUL W. MILLER to the United States Marshal, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by the United States Marshal in the United States District Court for the Middle District of Louisiana for a 5a Hearing in the United States District Court for the Middle District of Louisiana on the 29th day of July, 2010, at 2:00 p.m., before the Honorable Docia L. Dalby and for all subsequent proceedings in that Court relevant to the United States' prosecution of the defendant.

    After the completion of the federal charges pending in the case entitled "United States v. Paul W. Miller, 10-102-JJB-DLD," PAUL W. MILLER is to be returned by the United States Marshal for the Middle District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or one of his authorized deputies, to the custody of the Warden of Livingston Parish Prison, Livingston, Louisiana.

    This Order shall constitute the Writ of Habeas Corpus Ad Prosequendum.

    Baton Rouge, Louisiana, this _____ day of July, 2010.

_____
DOCIA L. DALBY
UNITED STATES MAGISTRATE JUDGE
