UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO: 10-102-JJB-DLD |
| *Versus* : | |
| : | |
| PAUL W. MILLER : | |

**MOTION FOR RELIEF FROM THE TIME DELAYS
OF THE SPEEDY TRIAL ACT 18 U.S.C. § 3161**

NOW INTO COURT, through undersigned appointed counsel, comes defendant, Paul Miller, who respectfully moves the Court for the following relief:

1.

Paul Miller is charged with two counts of sexual exploitation and one count of possession of child pornography. Trial is currently set for March 14, 2011.

2.

Part of the "possession" count involves material found on an HP computer that was present in the Miller household. Counsel has been notified through discovery that, at trial, the Government will introduce both direct evidence (images of child pornography) and circumstantial evidence (internet/computer activity history reports) to show Miller's "knowing" possession of child pornography on the HP computer. This direct and circumstantial computer evidence has been investigated and analyzed by Computer Forensic Examiner, Brian Wilson, who has produced several reports, and who may testify at trial on behalf of the Government

regarding a variety of technical issues.

3.

In light of the anticipated computer forensics testimony, and because undersigned counsel is not a computer forensics expert, counsel desires additional time to request funds for, and retain, a computer forensics expert for purposes of pre-trial consultation. Consultation with a computer forensics expert will be essential to analyze the Government's reports and assist defense counsel in preparing for cross-examination of the Government's expert, and for investigating whether the Government's attribution of online browsing activities to Miller is technically correct and factually established.

4.

Pursuant to 18 U.S.C. § 3161(h)(8) it is submitted that the ends of justice will be served by postponing the present trial setting of March 14, 2011, and granting relief from the time constraints of the Speedy Trial Act and the postponement will outweigh the best interest of the public and the Defendant for a speedy trial. As noted in the status conference held in-chambers on February 10, 2011, the Government and Defendant agree that a July 2011 trial setting is reasonable and will not impede either party.

5.

Paul Miller is aware of this motion and has no objection to it. Mr. Miller's signed, notarized, waiver of speedy trial is attached hereto and incorporated herein as Exhibit "A."

WHEREFORE, the Defendant, Paul Miller, through undersigned counsel, respectfully requests that this case be exempted from the time constraints of the Speedy Trial Act (18 U.S.C.§

3161), and that trial be scheduled for sometime in the month of July, 2011.

RESPECTFULLY SUBMITTED:

s/ Michael A. Fiser
MICHAEL A. FISER
Attorney at Law
830 Main Street
Baton Rouge, LA 70802
Phone: (225)343-5059
Fax: (225)336-4667
Email: michael@fiserlaw.com
Bar Roll No: 28575
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on February 15, 2011, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Alecia Riewerts Wolak, Justice Department Trial Attorney, and AUSA Richard L. Bourgeois by operation of the Court's electronic filing system.

s/ Michael A. Fiser

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO: 10-102-JJB-DLD |
| *Versus* : | |
| : | |
| PAUL W. MILLER : | |

## ORDER

Considering the above and foregoing motion, and defendant's signed waiver of speedy trial:

IT IS ORDERED THAT the trial of this matter shall be continued and reset to a date in July, 2011, to be announced by this Court.

This court finds that under 18 U.S.C. 3161(h)(7)(B)(I) and/or (iv), the delays required for defense counsel to retain and consult with a computer forensics expert before trial are necessary for the effective assistance of counsel, despite the due diligence of defense counsel. Accordingly, applying the "ends of justice" analysis, the ends of justice are served by this continuance, and outweigh the best interest of the public and the defendant in a speedy trial.

Baton Rouge, Louisiana, this ____ day of _____, 2011.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO: 10-102-JJB-DLD |
| *Versus* : | |
| : | |
| PAUL W. MILLER : | |

**WAIVER OF SPEEDY TRIAL**

I am PAUL W. MILLER, defendant in the above captioned case. I have been advised of my right to speedy trial under the Speedy Trial Act, 18 USC § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my current trial date of March 14, 2011, to the month of July, 2011. I am making this waiver freely and voluntarily to receive the benefit of counsel who will be better prepared to effectively assist in my defense at trial.

I understand the period of continuance will be excluded from computation of time for the purposes of the Speedy Trial Act.

_____
PAUL W. MILLER

Sworn to and subscribed before me, on this _15_ day of _Feb_____, 2011.

_____
MICHAEL A. FISER
Attorney at Law
830 Main Street
Baton Rouge, LA 70802
La. Bar Roll No: 28575
Notary Public ID No: 68803


EXHIBIT A