**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 10-102-JJB-DLD |
| | : | |
| PAUL W. MILLER | : | |

**UNITED STATES' MOTION IN LIMINE AND INCORPORATED MEMORANDUM TO PRECLUDE THE ADMISSION OF CERTAIN EVIDENCE**

**NOW INTO COURT** comes the United States of America, by Donald J. Cazayoux, Jr., United States Attorney for the Middle District of Louisiana, through Richard L. Bourgeois, Jr., Assistant United States Attorney, and Alecia Riewerts Wolak, Trial Attorney, who respectfully moves the Court to preclude the defense from introducing any evidence of any victim's past sexual behavior or alleged sexual predisposition.

**I.    FACTUAL BACKGROUND**

The defendant, Paul W. Miller, has been indicted with two counts of sexual exploitation of children, in violation of 18 U.S.C. § 2251(a).  Specifically, it is alleged that he "did employ, use, persuade, induce, entice, and coerce a person under the age of eighteen" to engage in sexually explicit conduct "for the purpose of producing a visual depiction of such conduct."  The minor victims are identified in the Indictment as Jane Doe A (Count One) and Jane Doe B (Count Two).

The defendant is also charged in Count Three with possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).  Trial in this matter is set for Monday, July 11, 2011.

The United States intends to present evidence of the defendant's possession of images depicting Jane Doe A and Jane Doe B engaged in sexually explicit conduct, as well as other minors both known and unknown, likewise engaged in sexually explicit conduct.

In the status conference held in chambers on June 28, 2011, the United States raised the issue of the inadmissibility of this type of evidence. The United States also pointed out that if a party intended to offer such evidence, a written motion is required at least 14 days prior to trial. Counsel for the defense indicated that they had no intention of offering such evidence.

## II.     LAW AND ARGUMENT

Federal Rule of Evidence 412 is applicable to "Sex Offense Cases" and specifically addresses the "Relevance of Alleged Victim's Past Sexual Behavior or Alleged Sexual Predisposition." Rule 412 states that, subject to certain exceptions, "the following evidence is not admissible . . . (1) Evidence offered to prove that any alleged victim engaged in other sexual behavior [or] (2) Evidence offered to prove any alleged victim's sexual predisposition." (Emphasis added).

Rule 412(b) lists the exceptions. The United States is not aware of any evidence that would be admissible under the exceptions. Most importantly, if a party intends to offer any evidence under the exceptions, the party must comply with the motion and service requirements under Rule 412(c). No such motion has been filed. As set forth above, counsel for the defense has indicated that he has no intention to offer any such evidence.

**III.     CONCLUSION**

Pursuant to Rule 412 of the Federal Rules of Evidence and consistent with the representations of the defense, the United States requests that the Court order that evidence that any alleged victim engaged in other sexual behavior or evidence of any alleged victim's sexual predisposition shall not be offered or admitted at trial.

UNITED STATES OF AMERICA, by

DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY


/s/ Richard L. Bourgeois, Jr.
Richard L. Bourgeois, Jr., LBN 28874
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: richard.bourgeois@usdoj.gov

Alecia Riewerts Wolak
Trial Attorney
U.S. Department of Justice
Child Exploitation and Obscenity Section
1400 New York Avenue, NW
Suite 600
Washington, DC 20530
Telephone: (202) 353-3749
Fax: (202) 514-1793
E-mail: alecia.riewerts@usdoj.gov

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 10-102-JJB-DLD |
| | : | |
| PAUL W. MILLER | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *United States' Motion in Limine and Incorporated Memorandum to Preclude the Admission of Certain Evidence* has been electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Michael Fiser, counsel for the defendant, by operation of the court's electronic filing system.

Dated this 5th day of July, 2011, at Baton Rouge, LA.

/s/ Richard L. Bourgeois, Jr.
RICHARD L. BOURGEOIS, JR.
ASSISTANT U.S. ATTORNEY