UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY
SEPTEMBER 21, 2011
BRADY, J.

UNITED STATES OF AMERICA

VERSUS

PAUL W. MILLER

CRIMINAL

NO. 10-102-JJB-DLD

The jury trial of this matter continues.

    PRESENT:    Alecia Riewerts Wolak, Esq.
                      Richard L. Bourgeois, Jr.
                      Counsel for United States

                      Michael Adams Fiser, Esq.
                      Counsel for Defendant

The following witnesses are sworn and testify on behalf of the United States:

    James J. Wines
    Alizabeth Scott
    Brian Wilson
    Derek Carpenter

Exhibits filed.

The United States rests.

Outside the presence of the jury, the defendant moves for Rule 29 Motion for Judgment of Acquittal. For oral reasons given, the court DENIES the motion.

The court seals the courtroom and holds an *in camera* hearing with the defendant regarding his decision to testify.

The parties and the jury return to the courtroom.

The defendant, Paul Miller, is sworn and testifies.

The defendant rests.

The parties present closing statements and the court charges the jury.

At 4:55 p.m., the jury retires to begin their deliberations.

There are no objections to the jury charges given by the court.

At 5:55 p.m., the jury returns to the courtroom and returns its verdict of GUILTY on Counts One, Two and Three of the Indictment.

The jury is polled.

The jury is thanked and excused from the courtroom.

The court refers this matter to the probation office for a presentence report.

\* \* \* \* \* \*

S. Thompson/Reporter
C: CR 29; T- 8 hrs.