United States District Court
Middle District of Louisiana

**RECEIVED**
OCT 09 2012
LYLE W. CAYCE
MIDDLE DISTRICT CLERK LOUISIANA
DEPUTY CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

**FILED**

October 9, 2012

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 26, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30516    USA v. Paul Miller
        USDC No. 3:10-CR-102-1

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _Connie Brown_
                        Connie Brown, Deputy Clerk
                        504-310-7671

Mr. Richard Lewis Bourgeois Jr.
Ms. Helina S. Dayries
Ms. Rebecca Louise Hudsmith
Mr. Nick Lorio

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 12-30516

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

PAUL W. MILLER,

    Defendant - Appellant

Appeal from the United States District Court for the
Middle District of Louisiana, Baton Rouge

O R D E R:

IT IS ORDERED that appellant's unopposed motion to view all sealed documents contained in the record on appeal is granted.

                                                /s/ W. Eugene Davis
                                             W. EUGENE DAVIS
                                   UNITED STATES CIRCUIT JUDGE