RECEIVED
OCT 23 2012
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 16, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30516    USA v. Paul Miller
        USDC No. 3:10-CR-102-1

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Connie Brown, Deputy Clerk
                504-310-7671

Mr. Richard Lewis Bourgeois Jr.
Ms. Helina S. Dayries
Ms. Rebecca Louise Hudsmith
Mr. Nick Lorio

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-30516

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

PAUL W. MILLER,

    Defendant - Appellant

Appeal from the United States District Court for the
Middle District of Louisiana, Baton Rouge

O R D E R:

IT IS ORDERED that appellant's unopposed motion to place motion under seal is GRANTED.

IT IS FURTHER ORDERED that appellant's unopposed motion to supplement the record on appeal with the "Motion for Reconsideration of Court's Ruling Precluding Use of Juvenile Adjudications or Juvenile Probation Status to Impeach Government Witnesses" is GRANTED.

IT IS FURTHER ORDERED that appellant's unopposed motion to supplement the record on appeal with the transcript of the in camera hearing held on September 12, 2011 is GRANTED.

IT IS FURTHER ORDERED that appellant's unopposed motion to suspend the briefing notice dated August 22, 2012 for thirty (30) days after completion of the transcript is GRANTED.

                                              /s/ W. Eugene Davis
                                              W. EUGENE DAVIS
                                   UNITED STATES CIRCUIT JUDGE