United States District Court
Middle District of Louisiana

FILED

December 04, 2012

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 30, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30516    USA v. Paul Miller
        USDC No. 3:10-CR-102-1

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Misty L. Lisotta, Deputy Clerk
                504-310-7716

Mr. Richard Lewis Bourgeois Jr.
Ms. Helina S. Dayries
Ms. Rebecca Louise Hudsmith
Mr. Nick Lorio
Ms. Catherine M. Maraist

**P.S. to District Court Clerk:** In accordance with this court's order, please release the sealed material referenced in the attached order to counsel.

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 12-30516

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

PAUL W. MILLER,

    Defendant - Appellant

Appeal from the United States District Court for the
Middle District of Louisiana, Baton Rouge

O R D E R:

IT IS ORDERED that the appellee's unopposed motion to view all sealed documents contained in the record on appeal is GRANTED.

        /S/ W. Eugene Davis
        W. EUGENE DAVIS
        UNITED STATES CIRCUIT JUDGE

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNITED STATES,<br>    *Plaintiff-Appellee,* | :<br>:<br>: |
| *versus* | :   No. 12-30516<br>: |
| PAUL W. MILLER,<br>    *Defendant-Appellant.* | :<br>:<br>: |

### UNITED STATES' UNOPPOSED MOTION FOR COPIES OF ALL SEALED DOCUMENTS AND SEALED TRANSCRIPTS

COMES NOW the United States, by and through undersigned counsel, and hereby moves this Court for an order to provide undersigned counsel with copies of all sealed documents and sealed transcripts in this case.

1. The Appellee's brief is currently due on or before December 26, 2012.

2. On appeal, the defendant alleges that he was denied his Sixth Amendment right to cross-examine the government's witnesses regarding their juvenile criminal records, and that the district court erred when it imposed a sentence of 840 months and a fine of $15,000.

3. Undersigned counsel desires to review all sealed documents and sealed transcripts in this case, including the transcripts from the motion in limine hearing held on June 28, 2011, the transcript from the in camera

hearing held on September 12, 2011, the transcripts from the trial held on September 19-21, 2011, the Motion and Memorandum for Reconsideration of Court's Ruling Precluding Use of Juvenile Adjudications or Juvenile Probation Status to Impeach Government Witnesses filed on September 20, 2011, and the sentencing hearing held on April 26, 2012. The sealed documents further include Docket No. 34, Docket No. 50, Docket No. 51, Docket No. 52, Docket No. 53, Docket No. 54, Docket No. 55, Docket No. 58, Docket No. 81, Docket No. 82, Docket No. 83, and Docket No. 84.

4. The sealed documents and sealed transcripts are necessary to prepare the United States' brief.

5. Undersigned counsel has contacted counsel for the defendant, who has no objection to this motion.

WHEREFORE, the United States prays that this Court order the Clerk's Office for the Middle District of Louisiana to provide undersigned counsel with copies of all sealed documents and sealed transcripts in this case.

Respectfully submitted,

DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY


/s/ Helina S. Dayries
Helina S. Dayries, LBN 27206
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685

Dated: November 29, 2012

3

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNITED STATES,<br>    *Plaintiff-Appellee,* | :<br>:<br>: |
| *versus* | :    No. 12-30516<br>: |
| PAUL W. MILLER,<br>    *Defendant-Appellant.* | :<br>: |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *United States' Unopposed Motion for Copies of all Sealed Documents and Sealed Transcripts* was filed via the Court's electronic filing system, and was served on counsel for the defendant via the Court's electronic notification system.

Baton Rouge, Louisiana this 29th day of November, 2012.


/s/ Helina S. Dayries
HELINA S. DAYRIES