# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL** |
| **VERSUS** | |
| **PAUL W. MILLER** | **NO. 10-102-JWD-EWD** |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 139) dated December 31, 2019, to which no objection was filed;

**IT IS ORDERED** that the four motions (Docs. 131, 133, 134 and 136) to vacate judgment for lack of jurisdiction (the "Motions to Vacate") filed by Paul W. Miller ("Petitioner") are DENIED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that Petitioner's Motion Requesting Appointment of Counsel (Doc. 137) is DENIED AS MOOT.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>January 15, 2020</u>.

        **JUDGE JOHN W. deGRAVELLES**
        **UNITED STATES DISTRICT COURT**
        **MIDDLE DISTRICT OF LOUISIANA**